BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents, *v.* ROBERT W. BAYLOR, Defendant, and STANDARD SURETY & CASUALTY COMPANY OF NEW YORK, Appellant.

Argued April 17, 1942; decided June 4, 1942.

*Leo T. Kissam* and *J. Francis Hayden* for appellant.

*William C. Chanler,* Corporation Counsel (*John G. Clancy* and *Paxton Blair* of counsel), for Board of Education of City of New York, *amicus curiæ.*

*Benjamin P. DeWitt* and *Sidney Pepper* for respondents.

Judgment affirmed, with costs. We hold that under the provisions of the bond in suit the six-months period which limited the time within which action might be brought against the surety commenced on February 2, 1940, the date of final payment by the Comptroller to the defendant Baylor. No opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.